**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ESTECH SYSTEMS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00123-JRG-RSP |
| | § | (LEAD CASE) |
| TARGET CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| BBVA USA, | § | Case No. 2:20-cv-00127-JRG-RSP |
| | § | (MEMBER CASE) |
| *Defendant.* | § | |
| | § | |

**ORDER**

Before the Court is the Agreed Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Estech Systems, Inc. ("Plaintiff") and Defendant BBVA USA ("Defendant"). (Dkt. No. 320.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all pending claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**. All pending claims and causes of action by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Case No. 2:20-cv-00127-JRG-RSP.

**So ORDERED and SIGNED this 17th day of November, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE